UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Cr. No.  06- |
| | : | |
| CHARLES WASHINGTON, | : | VIOLATION : |
| | : | TITLE 18 U.S.C. §1001(a)(2) (False |
| | : | Statement) |
| Defendant. | : | |
| | : | |
| | : | |

**INFORMATION**

The United States Attorney for the District of Columbia charges that:

**AT ALL TIMES RELEVANT TO THIS INFORMATION:**

A. <u>FEMA Hurricane Katrina Disaster Assistance</u>

1. The Federal Emergency Management Agency ("FEMA") was an agency within the Department of Homeland Security. It provided assistance to the victims of disasters. To be eligible for FEMA assistance based on housing needs, the damaged home in the disaster area must have been where the applicant usually lived and where the applicant was residing at the time of the disaster.

2. In response to Hurricane Katrina, FEMA made available to each eligible household $2,000 in expedited disaster assistance. Those eligible could apply for the expedited assistance by telephone or online. The $2,000 in expedited disaster assistance was intended to help Katrina evacuees with immediate food, shelter, and clothing needs.

3. Using the same application process, FEMA provided $2,358 in rental assistance for those who were eligible and were in need of such assistance.

4. Using the same application process, FEMA provided $10,391 in personal property relief assistance for those who were eligible and were in need of such assistance.

B.    The Defendant

5. On or about September 16, 2005, Charles Washington filed an application with FEMA for Hurricane Katrina disaster relief benefits.

6. On or about September 16, 2005, FEMA disbursed $2,000 by mailing a check to Charles Washington as he requested in his application for FEMA benefits.

7. On or about January 4, 2006, FEMA disbursed $2,358 in rental assistance by mailing a check to Charles Washington as he requested in his application for FEMA benefits.

8. On or about January 11, 2006, FEMA disbursed $10,391.51 by mailing a check to Charles Washington as he requested in his application for FEMA benefits.

## COUNT ONE

On or about September 16, 2005, in the District of Columbia, in a matter within the jurisdiction of the Executive Branch of the Government of the United States, the defendant, **CHARLES WASHINGTON**, did knowingly and willfully make false, fraudulent and fictitious material statements and representations to FEMA in that the defendant falsely stated in an application for disaster assistance, that his primary residence was 4775 Gawain Drive, New Orleans,

Louisiana, he claimed three dependents, and Hurricane Katrina caused him to have damage to his home and personal property.

The above is a violation of Title 18, United States Code, Section 1001(a)(2).

                                      KENNETH L. WAINSTEIN
                                      Attorney of the United States in
                                      and for the District of Columbia

By: _____
       DIANE G. LUCAS
       Assistant U.S. Attorney