AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF Columbia

UNITED STATES OF AMERICA

V.

Charles Washington

**WAIVER OF INDICTMENT**

CASE NUMBER: 06-129 (RMC)

I, Charles Washington, the above named defendant, who is accused of

False Statement 18 USC 1001 (a)(2)

**FILED**

JUN 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on June 13, 2006 _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

13 June 2006