UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| v. | : | Cr. No. 06-129 (RMC) |
| CHARLES WASHINGTON, | : | VIOLATION: |
| Defendant. | : | TITLE 18 U.S.C. § 1001(a)(2) |
| | : | (False Statement) |

**FILED**
JUN 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, defendant, Charles Washington, under penalty of perjury, agrees and stipulates to the following facts in connection with his plea of guilty as follows:

From August, 2005 through March, 2006, the Federal Emergency Management Agency ("FEMA") was an agency within the Department of Homeland Security. It provided assistance to the victims of disasters. To be eligible for FEMA assistance based on housing needs, the damaged home in the disaster area must have been where the applicant usually lived and where the applicant was residing at the time of the disaster. In response to Hurricane Katrina, FEMA made available to each eligible household $2,000 in expedited disaster assistance. Those eligible could apply for the expedited assistance by telephone or online. The $2,000 in expedited disaster assistance was intended to help Katrina evacuees with immediate food, shelter and clothing needs. Further, using the same application process, FEMA provided $2,358 in rental assistance for those who were eligible and were in need of such assistance. In addition, FEMA provided $10,391 for personal property assistance for those who were eligible and were in need of such assistance.

On or about September 16, 2005, defendant Charles Washington, made or caused to be

1

made a telephone application with FEMA for Hurricane Katrina disaster relief benefits. As part of the application, Washington claimed that he rented and was living at a residence located at 4775 Gawain Drive, New Orleans, Louisiana during Hurricane Katrina.[1] This address is a single family home that was purchased by the current owners in 2004. The current owners do not know Charles Washington, nor did they rent the residence to Charles Washington or anyone else at any time since 2004.

On September 17, 2005, as a result of Washington's application, FEMA disbursed $2,000 in expedited disaster relief to Washington by mailing him U.S. Treasury Check No. 222123319805.[2] On September 20, 2005, Charles Washington cashed Check No. 222123319805 at ACE Cash Express located at 3903 Benning Road NE, Washington, D.C.[3]

On November 10, 2005, Washington faxed or caused to be faxed from the Best Western Capitol motel in the District of Columbia to FEMA, "For Proof of occupancy Charles Washington 4775 Gawain Dr. New Orleans La 70127" which included a AAA Membership print-out listing the aforementioned address. On January 4, 2006, pursuant to Washington's

---

[1] Washington claimed he was living at this residence on August 29, 2005 when Hurricane Katrina hit New Orleans. Washington also claimed that his home and personal property were damaged, that he or someone in his family, lost work or became unemployed due to the Hurricane. In addition, Washington claimed in his application for disaster relief that he had three dependents (including himself) and that he made a gross income of $15,600 pre-disaster.

[2] This check was mailed by FEMA to Charles Washington at 200 35th Street NE, Washington, DC 20019 from the National Processing Service Center in Hyattsville, Maryland. Charles Washington's nephew, Dewayne Washington resides at this address.

[3] Charles Washington filled out an ACE signature card in the name of Charles Washington, and provided three forms of identification, including a social security card and New York State Driver's license.

application for disaster relief, FEMA disbursed $2,358 in rental assistance by mailing U.S. Treasury Check No. 222124648871 to Charles Washington.[4] On January 9, 2006, U.S. Treasury Check No. 222124648871 was deposited into the Chevy Chase Bank account of Princess I. Ugorji in Silver Spring, Maryland. Ms. Ugoriji was a teller at the Chevy Chase Bank and is the niece of Charles Washington.[5]

Thereafter, on January 11, 2006, FEMA sent Charles Washington an additional U.S. Treasury check, numbered 222124784739, in amount of $10,391.51 for personal property disaster relief.[6] FEMA automatically provided Check No. 222124784739 based on Charles Washington's application for relief and the fact that the residence he claimed to have resided at during Hurricane Katrina was located in a "Special Flood Hazard Area designated by the National Flood Insurance Program." On January 17, 2006, U.S. Treasury Check No. 222124784739 was deposited into the Chevy Chase Bank account of Torre Thomas Holmes, the boyfriend of Prince I. Ugoriji.[7]

On January 19, 2006, defendant Charles Washington, Dwayne Washington (Washington's nephew) and Torre Thomas Holmes (Ms. Ugoriji's boyfriend) went to the Chevy

---

[4] This check was mailed by FEMA to Charles Washington at 200 35th Street NE, Washington, D.C. 20019.

[5] This check was also mailed by FEMA to Charles Washington at 200 35th Street NE, Washington, D.C. 20019.

[6] The check was mailed by FEMA to Charles Washington at 200 35th Street NE, Washington, DC 20019.

[7] Chevy Chase Bank froze this account after investigators from the Office of Inspector General of the U.S. Treasury Department began investigating the issuance of the disaster relief to Charles Washington.

3

Chase Bank in Colesville, Maryland. There, Charles Washington submitted an affidavit verifying that he had authorized his nephew, "Dwayne Derrick Washington to sign his F[EMA] Check Torre Holmes account."[8] At an unknown time, Washington contacted FEMA and claimed he had not received the last two FEMA checks. Furthermore, on January 30, 2006, Washington delivered or caused to be delivered by facsimile to FEMA, two "Stop Payment and Reissue" requests, asking that he be reissued the two FEMA checks claiming he never received them-- one in the amount of $2358.00 for rental assistance and one in the amount of $10,391.51 personal property relief.[9]

On February 7, 2006, Washington continued to call FEMA, again and stating he had not received the re-issued checks. On February 8, 2006 and again on February 13, 2006, Washington submitted (and resubmitted) to FEMA a Form 90-69B along with a photocopy of an expired Louisiana State Driver's license indicating his address was 4775 Gawain Drive, New Orleans, Louisiana.

On March 31, 2006, Charles Washington was interviewed by a Special Agent of the Office of Inspector General for the Treasury Department.[10] During that interview, Washington initially stated that he had rented 4775 Gawain Drive, New Orleans, Louisiana for the past twelve years from his brother in-law, Benny Taylor, and was living at that location during Hurricane

---

[8] Washington claims that he was unaware that FEMA had sent Check Nos. 222124648871 and 222124784739 until notified by his nephew.

[9] One of the "Stop Payment and Reissue" requests was incorrectly dated October 30, 2006. At that time, Charles Washington's mailing address was listed as 624 Audrey Lane, #202, Oxon Hill, Maryland 20745

[10] Prior to this interview, Washington and the Special Agent had several contacts by telephone regarding the FEMA checks.

4

Katrina. After being confronted with the information that the Special Agent had talked to the current owners of the property, Washington said that he had not lived at 4775 Gawain Drive since at least July, 2004. Washington said that he gave that address to FEMA because without proof of residence, he would not have received disaster relief. Washington claimed that he was living in New Orleans from May 2005 to September 2005 and had no fixed address, but lived with various relatives and at hotels. Washington claimed that in September 2005, shortly after Hurricane Katrina hit, he caught a ride to the District and stayed temporarily with his nephew, Dwayne Washington at 200 35th Street NW, Washington, D.C.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney
D.C. Bar Number # 451470

By: _____
DIANE G. LUCAS
Assistant United States Attorney
D.C. Bar # 443610
Fraud & Public Corruption Section
555 Fourth Street, N.W., Room 5921
Washington, DC 20530
(202) 514-8097

*Charles Washington*
Charles Washington

*Lara Quint*
Lara Quint

5