U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA    :

v.                          :

CHARLES WASHINGTON          :     Case No. 06-129 (RMC)

                            :

                            :

**ORDER**

**FILED**

**JUN 1 3 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __13th__ day of __June 2006__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __Monday 6/19/06 at 9:30 AM__ by __Special Agent Jason Ketrick, OIG__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge (U.S. Magistrate) Collyer

DOJ USA-16-1-80

COURT