IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Cr. No. 06-0129 (RMC) |
| : | |
| **CHARLES WASHINGTON, JR.,** : | |
| : | |
| : | |
| **Defendant.** : | |

**NOTICE OF CHANGE IN COUNSEL
FROM THE OFFICE OF THE FEDERAL PUBLIC DEFENDER**

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender Tony L. Axam has assumed responsibility for the defense of Charles Washington, Jr. in the above-captioned case. Mr. Washington's case had previously been assigned to Assistant Federal Public Defender Rita B. Bosworth.

Respectfully submitted,

"/s/"
Tony L. Axam
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500