UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            :

               vs.            :   Criminal Case No.  06-129 (RMU)

                                          :

**CHARLES WASHINGTON, JR**

# NOTICE OF APPEAL

**Name and address of appellant:**            Charles W. Washington, Jr**.**

**Name and address of appellant's attorney:**            Tony Axam, Jr.
                                                         625 Indiana Ave., NW., Suite 550
                                                         Washington, DC 20004

**Offense:**      18:1001 (a) (2) - Statements or Entries Generally; False Statements.

**Concise statement of judgment or order, giving date, and any sentence:** 10 months incarceration followed by 3 years Supervised Release with conditions.

**Name of institution where now confined, if not on bail: n/a**

**I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.**

   11/22/06               Charles W. Washington, Jr
DATE            APPELLANT


CJA, NO FEE _____X_____            __/s/_____
PAID USDC FEE _____   ATTORNEY FOR APPELLANT
PAID USCA FEE _____
Does counsel wish to appear on appeal? Yes/No
Has counsel ordered transcripts? Yes/No
Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes/No