## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

U.S.A. vs. Charles Wilfred Washington Jr.    Docket No.: 06-129-01

The Court may enter a minute order for any of the following options:
Note: If this is a **sealed case**, the Court should sign this order and give it to your Courtroom Deputy for processing.

THE COURT ORDERS:

☒ Concur with recommendation of the Probation Office

☐ No action

☐ Issuance of a warrant and scheduling of a Hearing on Violation upon execution of the warrant.

☐ Issuance of a summons and scheduling of a Hearing on Violation

☐ Schedule ____ Hearing on Violation or ____ Modification Hearing with Voluntary appearance

  ☐ Hearing to modify, revoke or terminate supervised release shall be held before a magistrate judge.

☐ Other _____

**FILED**
AUG 14 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_Rosemary M. Collyer_
Rosemary M. Collyer
United States District Judge

13 August 2008
Date